Reginald JORDAN, Movant,

v.

STATE of Missouri, Respondent.

No. 48696.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 19, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 9, 1985.

William J. Shaw, Public Defender, Clayton, for movant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Reginald Jordan, appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. Affirmed. Rule 84.-16(b).